UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

KAYLA WHITE                                   CIVIL ACTION NO.: 6:13-cv-00304
AS PERSONAL REPRESENTATIVE
AND NATURAL TUTRIX OF THE
MINOR CHILD EMMA LOOMIS

VERSUS                                        JUDGE: REBECCA F. DOHERTY

GRAY WIRELINE SERVICE, INC.
GULFPORT ENERGY CORPORATION,
ATHENA CONSTRUCTION, LLC
AND/OR ATHENA, INC.                           MAG. JUDGE PATRICK J. HANNA

## AMENDED COMPLAINT FOR WRONGFUL DEATH DAMAGES AND SURVIVAL ACTION

Complainant, Kayla White as Personal Representative and Natural Tutrix of the minor child Emma Loomis, with respect amends the Original Complaint for Wrongful Death Damages and Survival Action as a matter of course pursuant to Rule F.R.C.P. 15 on the grounds that the original pleading was filed less than twenty-one (21) days prior to this date as follows:

1.

By amending Paragraph 2 of the Original Complaint as follows:

"2.

Complainant, Kayla White, a person of the full age of majority domiciled in Louisiana, is the mother of the minor child Emma Loomis who is the only child of Adam Mark Loomis "decedent" who died on the 27th of October, 2012."

WHEREFORE, Complainant prays for all relief as contained in the Original the same as copied herein *in extenso*.

JOHN BLACKWELL #03118
P.O. Box 10051
New Iberia, Louisiana 70562-0051
Telephone: 337/367-8517
Fax: 337/367-2823
E-mail: john@jblackwell.com

Natalie B. Broussard
203 West Main Street, Suite 200
New Iberia, Louisiana 70560
Fax: 337/364-3043
E-mail: NatalieBroussard@gmail.com

Attorneys for Complainant,
Kayla White, as the Personal
Representative and Natural
Tutrix of Emma Loomis