UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KAYLA WHITE, AS PERSONAL REPRESENTATIVE AND NATURAL TUTRIX OF THE MINOR CHILD EMMA LOOMIS | * CIVIL ACTION NO. 6:13-CV-00304 <br> * <br> * <br> * JUDGE REBECCA F. DOHERTY <br> * |
| VERSUS | * <br> * <br> * MAGISTRATE PATRICK J. HANNA |
| GRAY WIRELINE SERVICE, INC., ET AL | * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ANSWER TO AMENDED COMPLAINT FOR WRONGFUL DEATH DAMAGES AND SURVIVAL ACTION ON BEHALF OF GRAY WIRELINE SERVICE, INC.

NOW INTO COURT, through undersigned counsel, comes GRAY WIRELINE SERVICE, INC. ("Gray"), sought to be made a defendant in the above-entitled and numbered suit, who, for answer to the Amended Complaint for Wrongful Death Damages and Survival Action filed against it by Kayla White, as personal representative and natural tutrix of the minor child Emma Loomis ("Plaintiff"), avers as follows:

1.

Defendant Gray re-alleges and re-avers all answers, defenses, denials, demands, claims and pleadings filed in this matter as if copied herein *in extenso*.

2.

The allegations contained in the introductory paragraph of the Amended Complaint for Wrongful Death Damages and Survival Action do not require a response on behalf of Defendant Gray; however, to the extent that same may be deemed same, the allegations are denied.

3.

The allegations contained in Paragraph 2 of the Original Complaint and the Amended Complaint for Wrongful Death Damages and Survival Action are denied for lack of sufficient information to justify a belief therein.

4.

The allegations, statement and conclusions contained in the prayer of the Amended Complaint for Wrongful Death Damages and Survival Action are denied.

WHEREFORE, all premises considered, Defendant, GRAY WIRELINE SERVICE, INC., prays that the demands of Plaintiff herein be rejected and that Plaintiff's suit be dismissed with full prejudice and at Plaintiff's cost.  Defendant Gray further prays for a trial by jury as to all issues.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: *s/Robert M. Kallam*
ROBERT M. KALLAM (20242)
M. BENJAMIN ALEXANDER (29065)
102 Versailles Boulevard, Ste 400
P. O. Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

COUNSEL FOR GRAY WIRELINE SERVICE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Robert M. Kallam*
ROBERT M. KALLAM