UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KAYLA WHITE, AS PERSONAL REPRESENTATIVE AND NATURAL TUTRIX OF THE MINOR CHILD EMMA LOOMIS | * CIVIL ACTION NO. 6:13-CV-00304<br>*<br>*<br>* JUDGE REBECCA F. DOHERTY<br>* |
| VERSUS | *<br>* MAGISTRATE PATRICK J. HANNA |
| GRAY WIRELINE SERVICE, INC., ET AL | *<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, GRAY WIRELINE SERVICE, INC. ("Gray"), who avers as follows:

1.

Defendant Gray is a Texas corporation whose principal place of business is located in Fort Worth, Texas.

2.

Defendant Gray is a wholly owned subsidiary of Archer Well Company Inc. Archer Well Company Inc. is not publically traded.

3.

Archer Well Company Inc. is a wholly owned subsidiary of Archer Assets UK Ltd. Archer Assets UK Ltd. is not publically traded.

4.

Archer Assets UK Ltd. is wholly owned subsidiary of Archer Ltd. Archer Ltd. is publically traded on the Oslo Stock Exchange.

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

BY: s/Robert M. Kallam
ROBERT M. KALLAM (20242)
M. BENJAMIN ALEXANDER (29065)
102 Versailles Boulevard, Ste 400
P. O. Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337) 237-6062
Facsimile: (337) 237-9129

COUNSEL FOR GRAY WIRELINE SERVICE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2013, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Robert M. Kallam
M. BENJAMIN ALEXANDER