UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

KAYLA WHITE, ET AL.                              CIVIL ACTION NO.:  6:13-cv-00304

VERSUS                                                       JUDGE REBECCA F. DOHERTY

GRAY WIRELINE SERVICE, INC., ET AL.       MAG. JUDGE PATRICK J. HANNA
*************************************************************************

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, GULFPORT

ENERGY CORPORATION, which, in compliance with Local Rule 5.6W, discloses the

following information:

Gulfport Energy Corporation has no parent corporation.

No publicly traded company owns any stock in Gulfport Energy Corporation.


                                         Respectfully submitted
                                         JUNEAU DAVID, APLC

                                         */s/ Mason C. Johnson*
                                         _____
                                         MICHAEL J. JUNEAU, T.A. (#18277)
                                         MASON C. JOHNSON (#32168)
                                         The Harding Center
                                         1018 Harding Street, Suite 202
                                         Post Office Drawer 51268
                                         Lafayette, LA 70505-1268
                                         PH: (337) 269-0052
                                         FX: (337) 269-0061
                                         EMAIL: mjj@juneaudavid.com
                                         EMAIL: mcj@juneaudavid.com
                                         COUNSEL FOR
                                         GULFPORT ENERGY CORPORATION

- 1 -

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 5, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record who are participants.

*/s/ Mason C. Johnson*

MASON C. JOHNSON