UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

KAYLA WHITE   CIVIL ACTION NO.: 6:13-cv-00304
AS PERSONAL REPRESENTATIVE
AND NATURAL TUTRIX OF THE
MINOR CHILD EMMA LOOMIS

VERSUS   JUDGE: REBECCA F. DOHERTY

GRAY WIRELINE SERVICE, INC.
GULFPORT ENERGY CORPORATION,
ATHENA CONSTRUCTION, LLC
AND/OR ATHENA, INC.   MAG. JUDGE PATRICK J. HANNA

### SECOND AMENDED AND SUPPLEMENTAL COMPLAINT FOR WRONGFUL DEATH DAMAGES AND SURVIVAL ACTION

Complainant Kayla White as Personal Representative and Natural Tutrix of the minor child Emma Loomis, with respect amends and supplements the Original and Amended Complaint for Wrongful Death Damages and Survival Action pursuant to Rule F.R.C.P. 15 as follows:

1.

By amending Paragraph 3 to read as follows:

"3.

"Made defendants herein are:

A) Gray Wireline Service, Inc. ("Gray"), a foreign corporation, authorized to do and doing business in the Western District of Louisiana with a registered agent for service of process, Capitol Corporate Services, Inc., 8550 United Plaza Building 2, Suite 305, Baton Rouge, Louisiana 70809;

B) Gulfport Energy Corporation ("Gulfport"), a foreign corporation, authorized to do and doing business in the Western District of Louisiana with a registered agent for service of process, David L. Patron, Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534;

C) Athena Construction, LLC ("Athena Construction"), a Louisiana Limited Liability Company with a registered agent for service of process, Corporations Service Company, 320 Sommerulos Street, Baton Rouge, Louisiana 70802-6129;

D) ABB Industrial Services, Inc., a corporation existing under the laws of a state other than Louisiana with a registered agent for service of process, Roland Guillory, 8359 West Todd Road, Bell City, Louisiana 70630; and

E) New Tech Global Ventures, LLC, a limited liability company organized and existing under the laws of a state other than Louisiana with a registered agent for service of process of National Corporate Research Ltd., 3867 Plaza Tower Drive, 1st Floor, Baton Rouge, Louisiana 70816."

2.

By amending Paragraph 6 to read as follows:

"6.

"At all times pertinent herein, Gulfport contracted Gray Wireline Service, Inc., Athena Construction, New Tech Global Ventures, LLC and ABB Industrial Services, Inc. to provide vessels including a barge and a crane and a marsh bucket and personnel to perform services at the well site referred to above."

3.

By amending Paragraph 8 to read as follows:

"8.

"At all times pertinent herein, the crane was on a vessel in navigation and the marsh buggy was on navigable waters of the United States and the injury to the decedent was caused by the barge and the marsh buggy even if the injury was done or consumated on land."

WHEREFORE, complainant Kayla White as the Personal Representative and Natural Tutrix of Emma Loomis prays that process in due form of law will issue compelling defendants Gray Wireline Service, Inc., Gulfport Energy Corporation, Athena Construction, LLC, ABB Industrial Services, Inc. and New Tech Global Ventures, LLC to appear and answer the aforesaid allegations, and after due proceedings had, there be judgment in favor of complainant against defendants jointly severally and *in solido* in the amount of $3,000,000.00 and for all other relief to which she is entitled in the premises.

s/John Blackwell
JOHN BLACKWELL  #03118
P.O. Box 10051
New Iberia, Louisiana 70562-0051
Telephone:  337/367-8517
Fax:  337/367-3823

Natalie B. Broussard  #23438
203 W. Main Street, Suite 200
New Iberia, Louisiana 70560
Telephone:  337/365-9000
Fax:  337/364-3043

Attorneys for Complainant,
Kayla White, as the Personal
Representative and Natural
Tutrix of the Minor Child
Emma Loomis

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2013, a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                           s/John Blackwell
                                           JOHN BLACKWELL     #03118
                                           P.O. Box 10051
                                           New Iberia, Louisiana 70562-0051
                                           Telephone: 337/367-8517
                                           Fax:  337/367-3823

                                           Natalie B. Broussard    #23438
                                           203 W. Main Street, Suite 200
                                           New Iberia, Louisiana 70560
                                           Telephone: 337/365-9000
                                           Fax:  337/364-3043

                                           Attorneys for Complainant Kayla White, as Personal Representative and Natural Tutrix of the Minor Child Emma Loomis

PLEASE SERVE:

Original, Amended and First Supplemental Amending Petition on:

ABB Industrial Services, Inc.
through its registered agent for service of process,
Roland Guillory
8359 West Todd Road
Bell City, Louisiana 70630

New Tech Global Ventures, LLC
Through its registered agent for service of process,
National Corporate Research Ltd.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816