UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KAYLA WHITE AS PERSONAL REPRESENTATIVE AND NATURAL TUTRIX OF THE MINOR CHILD EMMA LOOMIS | CIVIL ACTION<br><br>NO.: 13-304<br><br>JUDGE: REBECCA F. DOHERTY |
| versus | MAG. JUDGE PATRICK J. HANNA |
| GRAY WIRELINE SERVICE, INC., GULFPORT ENERGY CORPORATION, ATHENA CONSTRUCTION, LLC AND/OR ATHENA, INC. | |

**MOTION FOR LEAVE TO FILE CROSS-CLAIM AGAINST GRAY WIRELINE SERVICE, INC. AND THIRD-PARTY CLAIM AGAINST AIG PROPERTY CASUALTY INSURANCE AGENCY, INC.**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Athena Construction, LLC ("Athena") who request that this Court grant it leave to file the attached Cross-Claim against Gray Wireline Service, Inc. and Third-Party Claim against AIG Property Casualty Insurance Agency, Inc. The cross-claim and third-party claim are timely filed in accordance with the Court's scheduling order. Accordingly, Athena requests that this Motion for Leave be granted and its cross-claim against Gray Wireline Service, Inc. and third-party claim against AIG Property Casualty Insurance Agency, Inc. be entered into the record.

Respectfully submitted:

**KEAN MILLER LLP**

_____
BRADLEY J. SCHLOTTERER (#24211)
SEAN T. McLAUGHLIN (#31870)
909 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
ATTORNEYS FOR ATHENA CONSTRUCTION, LLC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the  9  day of  October , 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

_____
SEAN T. McLAUGHLIN