UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| KAYLA WHITE<br>AS PERSONAL REPRESENTATIVE<br>AND NATURAL TUTRIX OF THE<br>MINOR CHILD EMMA LOOMIS | CIVIL ACTION NO.: 6:13-CV-00304 |
| VERSUS | JUDGE REBECCA F. DOHERTY |
| GRAY WIRELINE SERVICE, INC.<br>ET AL | MAG. JUDGE PATRICK J. HANNA |

## NEW TECH GLOBAL VENTURES, LLC'S MOTION FOR LEAVE TO FILE CROSS-CLAIM AGAINST GRAY WIRELINE SERVICE, INC. AND THIRD-PARTY CLAIM AGAINST NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

NOW INTO COURT, comes Defendant, New Tech Global Ventures, LLC, ("New Tech") through undersigned counsel, and requests that this Court grant it leave to file the attached Cross-Claim against Gray Wireline Service, Inc. and Third-Party Claim against National Union Fire Insurance Company of Pittsburgh, PA. New Tech previously filed a Cross-Claim as to Gray Wireline and Third-Party Claim as to AIG Property Casualty Insurance Agency, Inc. ("AIG"), but New Tech has since learned that AIG is not the correct party to pursue its Third-Party Claim against. As a result, New Tech requests the Court withdraw New Tech's previously filed Cross-Claim and Third-Party Claim (Doc. 42) and enter into the record the Cross-Claim against Gray Wireline and Third-Party Claim against National Union Fire Insurance Company of Pittsburgh, PA, attached hereto as Exhibit 1.

New Tech is a Defendant in the above-captioned lawsuit that was only recently brought into this suit following the filing of Plaintiff's Second Amended Complaint on October 1, 2013. *See* Doc. 24. New Tech was not served with Plaintiff's Complaint until a mere few days before the Court's deadline of October 9, 2013 by which to join additional parties and amend the

pleadings. *See* Doc. 17. New Tech filed its Original Answer on October 22, 2013 (Doc. 34), with the Cross-Claim and Third-Party Claim being filed on November 5, 2013, or within fourteen (14) days of New Tech's Original Answer. *See* FED. R. CIV. P. 14(a)(1).

This motion for leave should be granted because New Tech was not served with Plaintiff's Complaint until just a few days prior to the Court's deadline for joinder of parties and amendment of pleadings, and New Tech's deadline to answer was not until after these joinder/amendment deadlines had passed. *See* Doc. 17. Because of the late addition of New Tech as a Defendant in the underlying case, New Tech requests the Court grant its motion for leave. In addition, due to the Court's November 7, 2013 notice to New Tech regarding a deficiency in this recent filing, New Tech hereby requests the Court to grant leave and its Cross-Claim against Gray Wireline Service, Inc. and Third-Party Claim against National Union Fire Insurance Company of Pittsburgh, PA be entered into the record. *See* Exhibit 1.

Respectfully submitted this 12th day of November, 2013.

/s/ *Walter W. Christy*
Walter W. Christy (La. Bar # 04134)
COATS | ROSE
365 Canal Street, Suite 800
New Orleans, LA 70130
(504) 299-3073
(504) 299-3071 (Fax)

And

Charles C. Conrad (*pro hac vice*)
COATS | ROSE
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046
(713) 651-0111
(713) 651-0220 Fax

2

4827-2014-5686.v1

## CERTIFICATE OF CONSENT

I hereby certify that counsel for New Tech has advised all counsel of its intent to file this motion. As of the time of this filing, counsel for Athena Construction, LLC, Athena, Inc., Gulfport Energy Corporation, and Plaintiffs are not opposed to the filing of this motion for leave. Counsel for Gray Wireline has not yet responded regarding whether Gray Wireline is opposed to the filing of this motion..

This 12th day of November, 2013.

/s/ *Walter W. Christy*
Walter W. Christy

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was electronically filed with the Court to be served on all counsel of record by operation of the Court's ECF filing/notification system.

This 12th day of November, 2013.

/s/ *Walter W. Christy*
Walter W. Christy

4827-2014-5686.v1